```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:21-00264

EDWIN HUGH DOUGLAS

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion (1) to order investigation and preparation of presentence investigation report, and (2) to schedule seriatim change of plea and sentencing hearings. (ECF No. 41). Neither the government nor the probation office oppose defendant's motion. For good cause shown, that motion is **GRANTED**. The court understands that the probation office has already prepared a presentence investigation report and provided it to counsel. Should objections from the parties be provided in a timely manner so as to allow probation sufficient time to finalize the report, a plea hearing and sentencing hearing are hereby scheduled for June 9, 2022, at 10:00 a.m., in Charleston.[*]

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

---

[*] Trial of this action remains scheduled for June 14, 2022, at 9:30 a.m., in Charleston. Should the plea hearing go forward as scheduled, the trial will be cancelled. The deadline for submitting jury instructions and proposed voir dire is continued until further order of the court.

IT IS SO ORDERED this 3rd day of June, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge